# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. CASTRO,<br><br>          Petitioner,<br><br>    v.<br><br>TRACY JOHNSON, Acting Warden,<br><br>          Respondent. | Case No. CV 23-03353 AB (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (Dkt. No. 17). The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on September 29, 2023, to which Petitioner has objected (Dkt. No. 20). The Court is not persuaded by Petitioner's objections and hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

IT IS ORDERED that Plaintiff's Petition is dismissed with prejudice.

DATED: January 10, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE