JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO C. CASTRO,<br>Petitioner,<br>v.<br>TRACY JOHNSON, Acting Warden,<br>Respondent. | Case No. CV 23-03353 AB (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is DENIED, and this action is dismissed with prejudice.

DATED: January 10, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE